IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **COMMERCE & INDUSTRY INSURANCE CO.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CAUSE NO. 09-CV-377-WDS |
| ) | |
| **RAY BLACK & SONS CONSTRUCTION, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## O R D E R

**STIEHL, District Judge:**

Before the Court are defendant Dallas National Insurance Company's motions for an extension of time to file a responsive pleading. Fed. R. Civ. P. 6. (Docs. 12, 17). Upon review of the record, the Court **GRANTS** defendant's motions and the defendant shall have additional time to file its responsive pleading, up to an including August 28, 2009.

Also before the Court is defendant Ray Black & Sons Construction, Inc.'s motion for leave to file memorandum of law in support of motion to dismiss (Doc. 10). Upon review of the record, the motion is **GRANTED** and the defendant shall promptly electronically file its memorandum in support of the motion to dismiss. Plaintiff shall file its response, if any, to the motion to dismiss within ten (10) days of the electronic filing of the memorandum.

**IT IS SO ORDERED.**

**DATED: August 19, 2009.**

                                                                                                                                                                                **s/ WILLIAM D. STIEHL**
                                                                                                                                                                                  **District Judge**